| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | RACHEL W. HILL, Bar #151522 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant |
| | AURELIO GOVEA-LUA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:10-cr-00221 LJO |
| | ) | |
| *Plaintiff,* | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING; [PROPOSED] ORDER |
| v. | ) | |
| | ) | |
| AURELIO GOVEA-LUA, | ) | Date : April 2, 2012 |
| | ) | Time: 8:30 A.M. |
| *Defendant.* | ) | Judge: Lawrence J. O'Neill |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference in the above-entitled matter scheduled for March 5, 2012, **may be continued to April 2, 2012, at 8:30 A.M.**

This continuance is requested by defense counsel. Counsel has received a settlement offer from the government, but has not yet had an opportunity to discuss it with Mr. Govea-Lua who is housed at the Lerdo Detention Facility. The first date upon which counsel will be able to discuss the offer with defendant is March 14, 2012. AUSA Ian Garriques has no objection to this request. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

1 | The parties agree that the delay resulting from the continuance shall be excluded in the interests of
justice, including but not limited to, the need for the period of time set forth herein for further defense
preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B), and that the interest of justice outweighs the
interests of the public and the defendant in a speedy trial

BENJAMIN B. WAGNER
United States Attorney

DATED: February 28, 2012          /s/ Ian Garriques
                                  IAN GARRIQUES
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: February 28, 2012          /s/ Rachel W. Hill
                                  RACHEL W. HILL
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  AURELIO GOVEA-LUA

## **O R D E R**

For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:   February 28, 2012**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE